/ FILED          ___ LODGED
___ RECEIVED     ___ COPY

DEC 1 7 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ /_____ M DEPUTY

1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona

3  TODD ALLISON
   Assistant United States Attorney
4  Arizona State Bar No. 026936
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone:  602-514-7500
   Email: todd.allison@usdoj.gov
7  Attorneys for Plaintiff

**REDACTED FOR
PUBLIC DISCLOSURE**

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  **CR-19-01415-PHX-DGC (JZB)** |
| Plaintiff, | |
| | **INDICTMENT** |
| vs. | |
| | VIO:  18 U.S.C. §§ 922(g) and 924(a)(2) |
| Joseph Benedict Melone, | Felon in Possession of a Firearm and Ammunition |
| Defendant. | Count 1 |
| | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure |
| | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about December 13, 2019, in the District of Arizona, defendant JOSEPH BENEDICT MELONE did possess, in and affecting interstate commerce, a firearm and ammunition, to wit: one Glock, model 43X, 9mm handgun, serial number BLAN242, 131 rounds of 9mm ammunition and two rounds of .22 caliber ammunition.  Defendant knowingly possessed the firearm and ammunition, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Count 1 of this

1　Indictment, which are incorporated by reference as though fully set forth herein.  Pursuant

2　to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code,

3　Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the

4　offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States

5　of America all right, title, and interest in (a) any property constituting, or derived from, any

6　proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b)

7　any property used, or intended to be used, in any manner or part, to commit, or to facilitate

8　the commission of such offense, including, but not limited to the following involved and

9　used in the offense:

10　　　1)  one Glock, model 43X, 9mm handgun, serial number BLAN242;

11　　　2)  131 rounds of 9mm ammunition; and

12　　　3)  two rounds of .22 caliber ammunition.

13　If any of the above-described forfeitable property, as a result of any act or omission of the

14　defendant:

15　　　(1) cannot be located upon the exercise of due diligence,

16　　　(2) has been transferred or sold to, or deposited with, a third party,

17　　　(3) has been placed beyond the jurisdiction of the court,

18　　　(4) has been substantially diminished in value, or

19　　　(5) has been commingled with other property which cannot be divided without

20　　　　　difficulty,

21　it is the intent of the United States to seek forfeiture of any other property of said

22　defendant(s) up to the value of the above-described forfeitable property, pursuant to Title

23　21, United States Code, Section 853(p).

24　//

25　//

26　//

27　//

28

1    All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title

2    21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and

3    Rule 32.2, Federal Rules of Criminal Procedure.

4

5                                                       A TRUE BILL

6                                                       /s/

7                                                       _____
                                                        FOREPERSON OF THE GRAND JURY
                                                        Date:  December 17, 2019

8    MICHAEL BAILEY
     United States Attorney
9    District of Arizona

10   /s/

11   _____
     TODD ALLISON
12   Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28