AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

FILED ___ LODGED ___
___ RECEIVED ___ COPY
DEC 20 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   CR-19-01415-PHX-DGC |
| | ) | |
| | ) | |
| Joseph Benedict Melone | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joseph Benedict Melone,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18:922(g) and 924(a)(2) - Felon in Possession of a Firearm and Ammunition

Date:   12/18/2019

_____
*Issuing officer's signature*

City and state:   Phoenix, Arizona

S. Quinones, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12-18-19, and the person was arrested on *(date)* 12-19-19
at *(city and state)* Scottsdale, AZ.

Date:   12-19-19

_____
*Arresting officer's signature*

FOR:
FBI
*Printed name and title*