JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

ELISSE LAROUCHE,
California State Bar #308533
Asst. Federal Public Defender
Attorney for Defendant
Elisse_Larouche@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America,<br><br>        Plaintiff,<br><br>   vs.<br><br>Joseph Benedict Melone,<br><br>        Defendant | No. CR-19-1415-PHX-DGC<br><br>**MOTION TO CONTINUE TRIAL**<br>**and**<br>**MOTION TO EXTEND PRETRIAL MOTION DEADLINE**<br><br>**(Second Request)** |
|---|---|

      Defendant, through undersigned counsel, respectfully requests that this Court extend the time for filing of pretrial motions for a period of at least sixty (60) days from the current date of March 3, 2020.  In addition, defendant requests that the Court continue the trial date for a period of at least sixty (60) days from the current date of April 14, 2020.  Additional time will be necessary for defense counsel to review the discovery, investigate the case, engage in plea negotiations, prepare for trial, and render the effective assistance of counsel to the defendant.

      Defendant further requests that any subpoenas previously issued and served in this matter remain in effect and the party who served the subpoena should advise the witnesses of the new trial date.

Defense counsel has contacted Assistant United States Attorney Todd Allison of the contents of this motion and the government has no objection to the requested continuances.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: February 21, 2020.

JON M. SANDS
Federal Public Defender

 *s/Elisse Larouche*
ELISSE LAROUCHE
Asst. Federal Public Defender