# INDEX OF EXHIBITS

<u>United States v. Joseph Benedict Melone</u>

CR-19-01415-PHX-DGC

Exhibit A .......................................................... Transcript of Sentencing Hearing, Maricopa County Superior Court, State of Arizona, Case Nos. CR2010-113619 and CR2010-154241, on March 23, 2011.